Judge Barbara Jacobs Rothstein

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED
```

APR 14 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EARNEST JAMES UJAAMA, <br> a/k/a Bilal Ahmed, <br> a/k/a Abu Samaya, <br> a/k/a James Earnest Thompson, <br> a/k/a Abdel Qaadir, <br><br> Defendant | CR02-0283R <br><br> SUPERSEDING INFORMATION <br><br> (FELONY) <br><br> CR 02 00283 #00000073 |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

(Conspiracy to Supply Goods and Services to the Taliban)

A. INTRODUCTION

1. During various times relevant in this Superseding Information, EARNEST JAMES UJAAMA (hereinafter, "UJAAMA"), whose birth name was James Earnest Thompson, and who also has used and adopted the names Bilal Ahmed, Abu Samaya, and Abdel Qaadir, visited and resided in London, England; visited and attended the Finsbury Park Mosque in London; and visited and attended the Dar Ul Salaam Mosque in Seattle, Washington. At all times relevant to this Superseding Information, UJAAMA was a United States citizen.

Superseding Information/UJAAMA - 1

UNITED STATES ATTORNEY
Two Union Square
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

2   Beginning around 1994, the Taliban, meaning "students of Islam," emerged as Afghanistan's dominant force. They practiced an extreme form of Islam and believed in conducting jihad (holy war) against those whom they believed threatened their fundamentalist form of Islam, including the United States. In 1996, the Taliban took control of Kabul, Afghanistan, and by late 2001, the Taliban controlled approximately ninety percent of Afghanistan. In taking control of Afghanistan, the Taliban were aided and sustained by Usama Bin Laden and Al Qaeda, whose leadership was headquartered in Afghanistan after 1996. Within a short time, Bin Laden and the Taliban made Afghanistan a destination point and training center for thousands of would-be terrorists and violent jihad fighters from around the world. Foreign-born Al Qaeda-trained fighters served with the Taliban on the front lines.

3   On July 4, 1999, President of the United States William J. Clinton declared a national emergency to deal with the threat posed by Al Qaeda and the Taliban. Specifically, the President found that:

> [T]he actions and policies of the Taliban in Afghanistan, in allowing territory under its control in Afghanistan to be used as a safe haven and base of operations for Usama bin Laden and the [Al Qaeda] organization who have committed and threaten to continue to commit acts of violence against the United States and its nationals, constitute an unusual and extraordinary threat to the national security and foreign policy of the United States.

4   In his Executive Order 13129, the President prohibited United States persons from, among other things, making or receiving any contribution of funds, goods, or services to or for the benefit of the Taliban, and from supplying, directly or indirectly, any goods, software, technology, or services to the Taliban or to the territory of Afghanistan controlled by the Taliban. On June 30, 2000, the national emergency with respect to the Taliban was continued. One year later, the national emergency was again continued, pursuant to a finding by President of the United States George W. Bush that "[t]he Taliban continues to allow territory under its control in Afghanistan to be used as a safe haven and base of operations for Usama bin Laden and the [Al-Qaeda] organization who have committed and threaten to continue to commit acts of violence against the United

Superseding Information/UJAAMA - 2

UNITED STATES ATTORNEY
TWO UNION SQUARE
601 UNION STREET SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1 | States and its nationals."

2 | B. OBJECT OF THE CONSPIRACY

3 | 6. Beginning at a time uncertain, but no later than the Spring of 2000, and continuing through at least September 2001, within the Western District of Washington and elsewhere, EARNEST JAMES UJAAMA, a/k/a Bilal Ahmed, a/k/a Abu Samaya, a/k/a James Earnest Thompson, a/k/a Abdel Qaadir ("UJAAMA"), a United States person, did knowingly conspire, combine, confederate, and agree with other persons, known and unknown, to willfully and unlawfully supply goods, software, technology, and services to the Taliban, to the territory of Afghanistan controlled by the Taliban, and to persons whose property and interests in property were blocked pursuant to Title 31, Code of Federal Regulations, Section 545 201

12 | C  PURPOSE OF THE CONSPIRACY

13 | 7  The purpose of the conspiracy was to offer and provide money, goods, software, technology, and services to the Taliban and to persons in the territory of Afghanistan controlled by the Taliban.

16 | D  MANNER AND MEANS OF THE CONSPIRACY

17 | 8  It was a part of the conspiracy that members of the conspiracy, including UJAAMA, provided and attempted to provide funds, goods, and services to the Taliban and to persons in the territory of Afghanistan controlled by the Taliban, including jihad fighters, currency, computers, software, computer disks, and other items.

21 | 9  It was further a part of the conspiracy that UJAAMA maintained one or more World Wide Web sites, through which unindicted coconspirator #1 and other members of the conspiracy espoused their beliefs concerning the need to conduct global jihad and to provide money, goods, and services to Taliban-sponsored programs

25 | E  OVERT ACTS

26 | 10  In furtherance of the conspiracy, the following overt acts were committed by one or more conspirators:

Superseding Information/UJAAMA - 3

a. Beginning in or about the Spring of 2000, and continuing through September 2001, UJAAMA, using the name Abu Samaya, designed and otherwise participated in the operation of the Supporters of Shariah (SOS) website. UJAAMA posted information on the SOS website regarding Taliban-sponsored and other schools and urged others to donate money, goods, and services to Taliban-sponsored programs and to charitable programs in the territory of Afghanistan controlled by the Taliban.

b. In or about November and December of 2000, unindicted coconspirator #1 arranged for and otherwise assisted unindicted coconspirator #2, a person desiring to undergo violent jihad training, in traveling from London, England to Afghanistan to attend violent jihad training camps. At the direction of coconspirator #1, UJAAMA traveled with coconspirator #2 from London to Pakistan, and thereafter facilitated coconspirator #2's travel to the training camps in Afghanistan. UJAAMA was aware that this was the purpose of coconspirator #2's travel. The training camps were affiliated with and used by Al Qaeda.

c. During this same trip, at the direction of coconspirator #1, UJAAMA delivered currency and other items to persons in the territory of Afghanistan controlled by the Taliban. UJAAMA entered Afghanistan with the assistance of Taliban officials, and installed software programs that he had brought with him on computers belonging to Taliban officials.

d. In early September 2001, at the direction of coconspirator #1, UJAAMA transported currency from London to Pakistan with the intent of delivering it to persons in the territory of Afghanistan controlled by the Taliban, but was unable to cross the border into Afghanistan because of the local response to the attacks against the United States on September 11, 2001.

e. On September 5, 2001, UJAAMA was questioned by officials at Heathrow International Airport in London concerning the purposes of his planned travel to Pakistan. UJAAMA told the officials that he intended to deliver computer equipment and money to persons in Afghanistan for use in establishing a Taliban-supported school

Superseding Information/UJAAMA - 4

1 UJAAMA also told the officials that he was planning to acquire a visa to Afghanistan and
2 that, if he were denied a visa, he would cross the border into Afghanistan anyway
3      All in violation of Title 31, Code of Federal Regulations, Sections 545.204 and
4 545.206(b), and Title 50, United States Code, Section 1705(b).
5      DATED this 14th day of APRIL, 2003

_____
for JOHN McKAY
United States Attorney

_____
ANDREW R HAMILTON
Assistant United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
GEORGE Z. TOSCAS
Trial Attorney, Department of Justice

Superseding Information/UJAAMA - 5