The Honorable Barbara Jacobs Rothstein

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

UNITED STATES OF AMERICA,      )
                               )   No. CR02-0283R
            Plaintiff,         )
                               )   NOTICE OF CHANGE
        v.                     )   OF ADDRESS
                               )
EARNEST JAMES UJAAMA,          )
                               )
            Defendant.         )
_____)

PLEASE TAKE NOTICE that the undersigned counsel will have a new address as of July 1, 2004.  From that date forward, all pleadings and other papers to be served upon the Defendant should be addressed to:

Robert S. Mahler
Bullivant Houser Bailey
2300 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA  98101-1618
Telephone:  (206) 292-8930
Facsimile:  (206) 386-5130

NOTICE OF CHANGE
OF ADDRESS – Page 1
CR02-0283R

MacDONALD HOAGUE & BAYLESS

1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

DATED this _____ day of June, 2004.

Respectfully submitted,

MacDONALD, HOAGUE & BAYLESS

By: _____
Robert S. Mahler, WABA #23913

NOTICE OF CHANGE
OF ADDRESS – Page 2
CR02-0283R

MacDONALD HOAGUE & BAYLESS

1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE  WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961