Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                               )    NO. CR02-283BJR
          Plaintiff, )
                               )
          v. )    GOVERNMENT'S NOTICE OF
                               )    WITHDRAWAL OF COUNSEL
EARNEST JAMES UJAAMA, )
                               )
          Defendant. )
_____ )

     The United States of America, by John McKay, United States Attorney for the Western District of Washington, and Todd Greenberg, Assistant United States Attorney, files this Notice of Withdrawal of Counsel. Former Assistant United States Attorney, Andrew Hamilton, has been served with copies of pleadings and court documents filed in the above-entitled matter. AUSA Hamilton is no longer assigned to the prosecution of this case, and by this notice, withdraws as counsel of record in the above-entitled matter. Assistant United States Attorney Todd Greenberg is the assigned prosecutor, is also listed as counsel of record for the Government, and all future pleadings, court documents, and

GOVERNMENT'S NOTICE OF
WITHDRAWAL OF COUNSEL - 1
CR02-283BJR

correspondence should continue to be forwarded to his attention.

DATED this 4th day of October, 2005.

Respectfully submitted,

JOHN MCKAY
United States Attorney

s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Facsimile: 206-553-4440
Phone: 206-553-0363
E-mail: Todd.Greenberg4@usdoj.gov

GOVERNMENT'S NOTICE OF
WITHDRAWAL OF COUNSEL - 2
CR02-283BJR

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/Leah Melendy
LEAH MELENDY
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2486
FAX:   (206) 553-2502
E-mail:  leah.melendy@usdoj.gov

CERTIFICATE OF SERVICE