AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __WASHINGTON__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| EARNEST JAMES UJAAMA | Case Number: CR02-283R-001 |
| | USM Number: 31117-013 |
| | Peter Offenbecher |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __1, 3, general conditions__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Making false statements to a federal officer | 12/02/06 |
| 2 | Failing to follow the instructions of the probation officer | 12/03/06 |
| 3 | Possessing a Mexican passport in another person's name | 12/18/06 |
| 4 | Leaving the United States without permission | 12/05/06 |

The defendant is sentenced as provided in pages 2 ~~through~~ _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-XXXX

Defendant's Date of Birth: 12/14/65

Defendant's Residence Address:

FDC SeaTac

Defendant's Mailing Address:

February 1, 2007
Date of Imposition of Judgment

*/s/ Barbara J. Rothstein*
Signature of Judge

Barbara Jacobs Rothstein, U.S. District Court Judge
Name and Title of Judge

Feb. 1, 2007
Date

02-CR-00283-STIP

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:      EARNEST JAMES UJAAMA
CASE NUMBER:    CR02-283R-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   24 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL