The Honorable Barbara Jacobs Rothstein

```
         ENTERED
    FILED ____ RECEIVED
    LODGED

    AUG 10 2007

    AT SEATTLE
    CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                          DEPUTY
    BY
```

02-CR-00283-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARNEST JAMES UJAAMA,<br><br>Defendant. | NO. CR 02-0283 BJR<br><br>ORDER OF FINDING OF MATERIAL BREACH OF PLEA AGREEMENT |

THIS MATTER COMES BEFORE THE COURT on August 10, 2007, on the Government's motion for a finding of material breach of the April 14, 2003 Plea Agreement in this matter.

The Government and the defendant, Earnest James Ujaama, by counsel, have advised the Court that the parties have agreed that Earnest James Ujaama materially breached the April 14, 2003 Plea Agreement in this matter when he (1) made false statements to a federal officer, in violation of 18 U.S.C. § 1001, on or about December 2, 2006; and (2) left the United States, without the permission of the Court or his Probation Officer, on or about December 5, 2006, in violation of his obligation to not to leave the continental United States without the prior written approval of the United States Attorney's Office.

ORDER OF FINDING OF MATERIAL BREACH OF PLEA
AGREEMENT
NO. CR 02-0283 BJR
Page 1 of 3

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1  THE COURT THEREFORE FINDS AS FOLLOWS:

2  Pursuant to Paragraph 15 of the April 14, 2003 Plea Agreement in this matter, the
3  Court finds beyond a reasonable doubt that the defendant, Earnest James Ujaama, materially
4  breached the April 14, 2003 Plea Agreement.

5  As a result, the Government is released from its commitments under the April 14,
6  2003 Plea Agreement and may prosecute the defendant, Earnest James Ujaama, for any and
7  all federal crimes that he has committed, including the charges previously dismissed pursuant
8  to the April 14, 2003 Plea Agreement.

9  Dated this ___10th___ day of August, 2007.

10
11
12  Barbara Jacobs Rothstein
    District Judge
13
14  Presented by:

15  /s/ Peter Offenbecher
    Peter Offenbecher
16  WSBA No. 11920
    SKELLENGER BENDER, P.S.
17  1301 – 5th Avenue, #3401
    Seattle, WA 98101-2605
18  Telephone: 206-623-6501
    Fax: 206-447-1973
19  E-mail: poffenbecher@skellengerbender.com
    Attorneys for Earnest James Ujaama
20

21
    /s/ Eric B. Bruce (per e-mail authorization)
22  Eric B. Bruce
    UNITED STATES ATTORNEY'S OFFICE
23  SOUTHERN DISTRICT OF NEW YORK
    1 St. Andrew's Plaza
24  New York, N.Y. 10007
    Telephone: (212) 637-2219
25  Fax: (212) 637-0097
    E-mail: eric.bruce2@usdoj.gov
26  Attorneys for Plaintiff

ORDER OF FINDING OF MATERIAL BREACH OF PLEA
AGREEMENT
NO. CR 02-0283 BJR
Page 2 of 3

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1 /s/ Todd Greenberg (per e-mail authorization)
Todd Greenberg
2 UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF WASHINGTON
3 700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
4 Telephone: 206-553-7970
Fax: 206-553-0882
5 Email: Todd.Greenberg4@usdoj.gov
Attorneys for Plaintiff

ORDER OF FINDING OF MATERIAL BREACH OF PLEA
AGREEMENT
NO. CR 02-0283 BJR
Page 3 of 3

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501