```
                 UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
                        IN SEATTLE
 _____

 UNITED STATES OF AMERICA,     )
                               )   NO. CR02-283BJR
               Plaintiff,      )
                               )
          vs.                  )
                               )
 JAMES EARNEST UJAAMA,         )
                               )
               Defendant.      )
                               )
 _____


         REVOCATION OF SUPERVISED RELEASE HEARING

 _____



       BEFORE THE HONORABLE BARBARA J. ROTHSTEIN



                     February 7, 2007



 APPEARANCES:

 Todd Greenberg
 Eric Bruce
 Assistant United States Attorneys
 Representing the Plaintiff


 Peter Offenbecher
 Attorney at Law
 Representing the Defendant
```

```
 1              THE COURT:  Good morning all.  Counsel, do you want to
 2   make your appearances?
 3              MR. BRUCE:  Good morning, your Honor.  I am Eric Bruce.
 4   With the Court's permission, I will be appearing today for the
 5   government, along with my colleague Todd Greenberg.  Also with us
 6   is US Probation Officer Mike Larsen.
 7              MR. OFFENBECHER:  Peter Offenbecher appearing for
 8   Mr. Ujaama.  Good morning, your Honor.
 9              THE COURT:  Good morning.  Are we ready to proceed?
10              MR. BRUCE:  Yes, your Honor.
11              THE COURT:  Mr. Bruce, do you want to address the Court?
12              MR. BRUCE:  Certainly, your Honor.  We are here today,
13   as you know, on a violation of supervised release for the
14   defendant James Ujaama.  There are four violations that have been
15   brought against the defendant.  At this time I will read them.
16        Violation number one is making false statements to a federal
17   officer in violation of 18 USC 1001, on or about December 2nd,
18   2006, in violation of the standard condition that he violate no
19   federal, state or local laws.
20        Violation number two is failing to follow the instructions of
21   the probation officer on or about December 3rd, 2006, in
22   violation of standard condition number three.
23        The third violation is possessing a Mexican passport in the
24   name of Jose Luis Ramerez-Ramerez on or about December 18th,
25   2006, in violation of the special condition that he not possess
```

1  any passport or any other form of identification in any other
2  name other than his true legal name without prior written
3  approval of the probation officer.
4     And, finally, the fourth violation is leaving the United
5  States without permission of the Court or probation officer on or
6  about December 5th, 2006, in violation of standard condition
7  number one.
8     The violations carry a maximum penalty, your Honor, of 24
9  months.
10          THE COURT:  Thank you, Mr. Bruce.  Mr. Offenbecher.
11          MR. OFFENBECHER:  Your Honor, I have reviewed the
12  allegations and the evidence supporting them with Mr. Ujaama.  He
13  admits each of the allegations.
14          THE COURT:  Is that correct, Mr. Ujaama?
15          THE DEFENDANT:  Yes.
16          THE COURT:  You are admitting each of the allegations
17  that were just read to the Court?
18          THE DEFENDANT:  Yes, your Honor.
19          THE COURT:  If you will rise and approached the lectern
20  with your attorney?  The Court having heard --  Is there anything
21  else you wanted to say, Mr. Offenbecher?
22          MR. OFFENBECHER:  Mr. Ujaama has asked me to speak on
23  his behalf briefly this morning.
24     Your Honor, Mr. Ujaama would like the Court to know that he
25  deeply regrets his conduct over the past few months.  He fully

1  accepts responsibility for his actions.  There were many personal
2  and human factors that led to the events of the past months but
3  Mr. Ujaama fully understands that he alone is the person who made
4  these bad choices and that he alone is the person that will be
5  held accountable by the Court.  He realizes there are
6  consequences for those choices, and he accepts the sentence that
7  you will impose here today as one of those consequences.
8      He would also like to apologize to the United States
9  Probation Service for his failure to fully comply with all the
10 conditions of the supervision.  And he would like to apologize to
11 the government for these events.  He knows that throughout the
12 case that is before the Court that the government has treated him
13 fairly.
14     Finally, and most importantly, he would like to thank the
15 Court for the trust that you put in him, and he deeply regrets
16 that he did not follow through for you.  He sincerely apologizes
17 for his failure to successfully complete the sentence that you
18 imposed four years ago.
19     He is prepared to accept the sentence that you are imposing
20 today.
21         THE COURT:  Thank you, Mr. Offenbecher.  Is there
22 anything you wish to say, Mr. Ujaama?
23         THE DEFENDANT:  Yes, your Honor.  I would like to just
24 say I am very very sorry.
25         THE COURT:  Anything the government wants to add?

```
 1                MR. BRUCE:  No, not at this time, your Honor.
 2                THE COURT:  Well, Mr. Ujaama, I am sorry that we are all
 3   here today under these circumstances.  You did violate the
 4   Court's trust in you.  These are serious violations.  The Court
 5   was willing to go along with what was indeed a rather lenient
 6   sentence at the time.  But given the seriousness of these
 7   violations, I feel compelled at this time to impose the maximum
 8   that is permissible under the law, and that is a two year, 24
 9   months, sentence.
10        Again, I am sorry that we reached this impasse.  Whatever
11   your reasons were, it is still, again, a serious violation.
12        Is there anything further that I need specify at this time or
13   does the government have an order for me to sign?
14                MR. BRUCE:  We do.  We have the judgment here.  I will
15   hand it to Mr. Offenbecher.
16                MR. OFFENBECHER:  May I approach the bench, your Honor?
17                THE COURT:  Please.  Okay.  I have entered the order.
18                MR. BRUCE:  Thank you, your Honor.
19                THE COURT:  If there is nothing further --
20                MR. BRUCE:  The only thing I would add, your Honor, is
21   just to clarify and make sure everyone understands that there is
22   no remaining supervised release attached to that original
23   conviction.
24                THE COURT:  That is the Court's understanding.  All the
25   Court is doing at this time is imposing 24 months.  There will be
```

1  no additional supervised release.
2          MR. BRUCE:  Thank you.
3          MR. OFFENBECHER:  Thank you, your Honor.
4                          (Adjourned)

```
 1                          CERTIFICATE
 2
 3
 4
 5
 6
 7
 8
            I, Barry L. Fanning, Official Court Reporter, do hereby
 9    certify that the foregoing transcript is true and correct.
10
11                                    S/Barry L. Fanning
12                                    _____
                                      Barry L. Fanning
13
```